**Transferred case has been opened**
**Reply**   to: InterdistrictTransfer_LAED                                      12/03/2015 11:28 AM

```
CASE: 2:15-cv-03558

DETAILS: Case transferred from Louisiana Eastern
has been opened in Western District of Louisiana
as case 3:15-cv-02773, filed 12/02/2015.
```